STATE OF NORTH CAROLINA v. WALTER EUGENE SPINKS, JR.

No. 747A85

(Filed 6 May 1986)

ON appeal as a matter of right under N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 77 N.C. App. 657, 335 S.E. 2d 786 (1985), finding no error in the defendant's trial and conviction for robbery with a dangerous weapon. Heard in the Supreme Court 16 April 1986.

*Lacy H. Thornburg, Attorney General, by Joan H. Byers, Special Deputy Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by David W. Dorey, Assistant Appellate Defender, for the defendant-appellant.*

PER CURIAM.

Affirmed.